# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RIMON ABASKHARON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL CREDIT SYSTEMS, INC., <br><br> Defendant. | Case No. 21-cv-00275-L-MSB <br><br> **ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** <br><br> [ECF No. 4] |

Plaintiffs, RIMON ABASKHARON and RACHEL ABASKHARON and Defendant NATIONAL CREDIT SYSTEMS, INC. have filed a joint motion to extend the time to respond to the Complaint. (ECF no. 4, "Joint Motion".) For good cause shown pursuant to Federal Rule of Civil Procedure 6(b), the Joint Motion is **GRANTED**. Defendant NATIONAL CREDIT SYSTEMS, INC. has up to, and including, **July 1, 2021**, to respond to the Complaint.

**IT IS SO ORDERED.**

Dated: June 2, 2021

_____
Hon. M. James Lorenz
United States District Judge